In the Matter of NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against ARTHUR M. FERRIS et al., Constituting the Board of Assessors of the City of Syracuse, Respondents.

Argued March 3, 1939; decided April 4, 1939.

*Maurice F. Lane* for appellant.

*James C. Tormey, Corporation Counsel (Arthur M. Beach* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.